1

2

3

4

5

6

7

8                  UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   M&T CAPITAL AND LEASING                Case No. 2:23-cv-01171-WBS-CSK
     CORPORATION,
12
                    Plaintiff,
13                                          ORDER FOR RESPONSE and ORDER
                                            VACATING HEARING
14        v.

     FREON LOGISTICS,
15
                    Defendant.
16

17        Presently pending before the Court is Plaintiff M&T Capital and Leasing

18   Corporation's second revised motion for default judgment against Defendant Freon

19   Logistics, which was filed on July 3, 2025 and which is set for hearing on August 28,

20   2025. (ECF No. 42.) Under Local Rule 230(c), Defendant was required to file an

21   opposition or statement of non-opposition to the motion no later than fourteen (14) days

22   after the filing date of the motion, on or by July 17, 2025. Although that deadline has

23   passed, no opposition or statement of non-opposition was filed.

24        Out of an abundance of caution, and in light of the Court's desire to resolve the

25   action on the merits, the Court will provide Defendant one additional, final opportunity to

26   oppose the motion.

27   / / /

28   / / /

1

Accordingly, IT IS HEREBY ORDERED that:

1.  The August 28, 2025 hearing on Plaintiff's second revised motion for default judgment is VACATED;

2.  Any opposition or statement of non-opposition by Defendant shall be filed within fourteen (14) days from the date of this order, and the reply brief from Plaintiff, if any, is due ten (10) days thereafter;

3.  Defendant is cautioned that failure to respond to the motion in compliance with this order will be deemed as consent to a summary grant of the motion, and may result in the imposition of a default judgment against it;

4.  Plaintiff shall promptly serve a copy of this order on Defendant at its last-known address, and contemporaneously file a proof of service with the Court that provides the date and manner of service; and

5.  After the time period for briefing is complete, the Court will take this matter under submission on the papers without oral argument, pursuant to Local Rule 230(g). The Court will reschedule a hearing at a future date, if necessary.

Dated:  July 23, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, m&t1171.23

2