UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M&T CAPITAL AND LEASING CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>FREON LOGISTICS,<br><br>    Defendant. | Case No.  2:23-cv-01171-WBS-CSK<br><br>ORDER<br><br>(ECF No. 47.) |

On October 1, 2025, the magistrate judge filed findings and recommendations (ECF No. 47), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. (ECF No. 47).  No objections were filed and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has reviewed the file and finds the findings and recommendations are supported by the record and by proper analysis. The Court therefore concludes that it is appropriate to adopt the findings and recommendations in full.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 47) are ADOPTED IN FULL;

2. Plaintiff's fourth motion for default judgment (ECF No. 42) is GRANTED;

3. The court enters judgment against Defendant on the action for recovery of specific

1

    property with the remedy of writ of possession of the above Missing Equipment as identified in Section III.C.2;

4. Plaintiff is awarded $3,180,660.35 for its principal;

5. Plaintiff is awarded $37,833.88 in prejudgment interest;

6. Plaintiff is awarded $88,823.64 in late fees;

7. Plaintiff is awarded $116,565.42 in expenses;

8. Plaintiff is awarded $6,365 in attorney fees for local attorney W. Scott Cameron and $1,502.53 for costs;

9. Plaintiff's request to recover attorneys' fees and costs for out-of-state counsel who have not been admitted pro hac vice is denied;

10. Plaintiff is awarded post-judgment interest as set forth in 28 U.S.C. § 1961(a), which shall accrue from the time of entry of judgment until the judgment is satisfied in full;

11. To prevent double recovery, any payments received by Plaintiff on the Judgment entered into in *M&T Capital and Leasing Corporation v. Amarinder Singh Gorwara, Hardeep Singh, et al.*, No. 3:23-cv-00205-JAM, ECF No. 17 (D. Conn. Sept. 5, 2023) ("*M&T Capital I*") are credited against the amounts owed by the Defendant under this Judgment. Similarly, any payments received by the Plaintiff on this Judgment are credited against the amounts owed by the individual guarantors Amarinder S. Gorwara and Hardeep Singh on the Judgment in *M&T Capital I*, No. 3:23-cv-00205-JAM; and

12. This case is closed.

Dated: November 3, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/m&t_2023-1171.JO.noobj

2