# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**MT CAPITAL AND LEASING CORPORATION ,**

v.

**FREON LOGISTICS ,**

**JUDGMENT IN A CIVIL CASE**

CASE NO: **2:23–CV–01171–WBS–CSK**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 11/4/2025 .**

ENTERED:   **November 4, 2025**      /s/  **Keith Holland**
                                                  Clerk of Court